ORIGINAL

STUART F. DELERY
Acting Assistant Attorney General
ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN, AUSA
Chief, Civil Division
WENDY L. WEISS, AUSA
Chief, Civil Fraud Section
DAVID K. BARRETT, AUSA
Deputy Chief, Civil Fraud Section
ABRAHAM MELTZER, AUSA
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-7155
    Fax: (213) 894-2380
    Email: abraham.meltzer@usdoj.gov
MICHAEL D. GRANSTON
JOHN HENEBERY
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 305-7726
    Fax: (202) 514-7361
    Email: john.henebery@usdoj.gov
Attorneys for the
United States of America

FILED
CLERK, U.S. DISTRICT COURT
JUL - 8 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. [UNDER SEAL], <br><br> Plaintiff, <br><br> v. <br><br> [UNDER SEAL], <br><br> Defendants. | No. CV 12-00570 R (MRWx) <br><br> UNITED STATES' NOTICE OF ELECTION TO PARTIALLY INTERVENE AND TO PARTIALLY DECLINE TO INTERVENE; AND REQUEST FOR FURTHER PARTIAL LIFTING OF THE SEAL <br><br> [FILED UNDER SEAL pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (3)] <br><br> Lodged concurrently herewith: [PROPOSED] ORDER |

1  STUART F. DELERY
   Acting Assistant Attorney General
2  ANDRÉ BIROTTE JR.
   United States Attorney
3  LEON W. WEIDMAN, AUSA
   Chief, Civil Division
4  WENDY L. WEISS, AUSA
   Chief, Civil Fraud Section
5  DAVID K. BARRETT, AUSA
   Deputy Chief, Civil Fraud Section
6  ABRAHAM MELTZER, AUSA
        Room 7516, Federal Building
7       300 N. Los Angeles Street
        Los Angeles, California 90012
8       Tel: (213) 894-7155
        Fax: (213) 894-2380
9       Email: abraham.meltzer@usdoj.gov
   MICHAEL D. GRANSTON
10 JOHN HENEBERY
   Attorneys, Civil Division
11 United States Department of Justice
        P.O. Box 261
12      Ben Franklin Station
        Washington, D.C. 20044
13      Tel: (202) 305-7726
        Fax: (202) 514-7361
14      Email: john.henebery@usdoj.gov
   Attorneys for the
15 United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. [UNDER SEAL],<br><br>    Plaintiff,<br><br>    v.<br><br>[UNDER SEAL],<br><br>    Defendants. | No. CV 12-00570 R (MRWx)<br><br>UNITED STATES' NOTICE OF ELECTION TO PARTIALLY INTERVENE AND TO PARTIALLY DECLINE TO INTERVENE; AND REQUEST FOR FURTHER PARTIAL LIFTING OF THE SEAL<br><br>[FILED UNDER SEAL pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (3)]<br><br>Lodged concurrently herewith: [PROPOSED] ORDER |

FILED
CLERK, U.S. DISTRICT COURT
JUL - 8 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

STUART F. DELERY
Acting Assistant Attorney General
ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN, AUSA
Chief, Civil Division
WENDY L. WEISS, AUSA
Chief, Civil Fraud Section
DAVID K. BARRETT, AUSA
Deputy Chief, Civil Fraud Section
ABRAHAM MELTZER, AUSA
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-7155
    Fax: (213) 894-2380
    Email: abraham.meltzer@usdoj.gov
MICHAEL D. GRANSTON
JOHN HENEBERY
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 305-7726
    Fax: (202) 514-7361
    Email: john.henebery@usdoj.gov
Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. WILLIAM DAVIS AND SPENCER MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>AMGEN INC.; P4 HEALTHCARE, LLC; MEDTREND INTERNATIONAL, INC.; HEALTHCARE SOLUTIONS HOLDING, LLC; and RAJ MANTENA,<br><br>    Defendants. | No. CV 12-00570 R (MRWx)<br><br>UNITED STATES' NOTICE OF ELECTION TO PARTIALLY INTERVENE AND TO PARTIALLY DECLINE TO INTERVENE; AND REQUEST FOR FURTHER PARTIAL LIFTING OF THE SEAL<br><br>[FILED UNDER SEAL pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (3)]<br><br>Lodged concurrently herewith: [PROPOSED] ORDER |

1

## I. NOTICE OF ELECTION TO PARTIALLY INTERVENE AGAINST DEFENDANT AMGEN INC.

The United States, defendant Amgen Inc. ("Amgen"), and relators William Davis and Spencer Miller ("Relators") have reached a settlement in this matter and have entered into a written settlement agreement dated July 8, 2013 (the "Settlement Agreement").

Pursuant to the False Claims Act ("FCA"), 31 U.S.C. § 3730(b)(2) and (4)(A), the United States notifies the Court that it hereby partially intervenes in this action with respect to claims against defendant Amgen to the extent the claims are for Covered Conduct as defined in the Settlement Agreement.

The United States is partially intervening for the purpose of effectuating the Settlement Agreement.

## II. NOTICE OF ELECTION TO PARTIALLY DECLINE TO INTERVENE

Pursuant to 31 U.S.C. § 3730(b)(2) and (4)(B), the United States notifies the Court that it declines to intervene against Amgen to the extent the claims are not for Covered Conduct as defined in the Settlement Agreement.

Pursuant to 31 U.S.C § 3730(b)(2) and (4)(B), the United States notifies the Court that it declines to intervene against all remaining defendants named in Relators' Complaint other than Amgen.

## III. REQUEST FOR FURTHER PARTIAL LIFTING OF THE SEAL

The United States requests that the Complaint filed by Relators be unsealed. All other papers previously filed or lodged in this action (including but not limited to, any applications filed by the United States for an extension of the sixty-day investigation period) should remain under seal and not be made public or served

upon the defendants. All papers hereafter filed or lodged in this action should not be sealed.

A proposed Order accompanies this notice.

DATED: July 8, 2013

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General
ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN, AUSA
Chief, Civil Division
WENDY L. WEISS, AUSA
Chief, Civil Fraud Section
DAVID K. BARRETT, AUSA
Deputy Chief, Civil Fraud Section
MICHAEL D. GRANSTON
JOHN HENEBERY
Attorneys, Civil Division
United States Department of Justice

ABRAHAM MELTZER, AUSA
Attorneys for the
United States of America

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On **July 8, 2013**, I served

**UNITED STATES' NOTICE OF ELECTION TO PARTIALLY INTERVENE AND TO PARTIALLY DECLINE TO INTERVENE; AND REQUEST FOR FURTHER PARTIAL LIFTING OF THE SEAL**

on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: **July 8, 2013**. Place of mailing: Los Angeles, California.

**Person(s) and/or Entity(ies) to Whom mailed:**
**SEE ATTACHED.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **July 8, 2013** at Los Angeles, California.

*Carol M. Ybarra*
CAROL M. YBARRA

SERVICE LIST

Scott D. Miller
Darrel C. Menthe
Adam I. Miller
MILLER MILLER MENTHE
1500 Quail St., Suite 490
Newport Beach, CA 92660