ORIGINAL

STUART F. DELERY
Acting Assistant Attorney General
ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN, AUSA
Chief, Civil Division
WENDY L. WEISS, AUSA
Chief, Civil Fraud Section
DAVID K. BARRETT, AUSA
Deputy Chief, Civil Fraud Section
ABRAHAM MELTZER, AUSA
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-7155
    Fax: (213) 894-2380
    Email: abraham.meltzer@usdoj.gov
MICHAEL D. GRANSTON
JOHN HENEBERY
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 305-7726
    Fax: (202) 514-7361
    Email: john.henebery@usdoj.gov
Attorneys for the
United States of America

FILED
CLERK, U.S. DISTRICT COURT
JUL - 9 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
JUL - 8 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. [UNDER SEAL],<br><br>    Plaintiff,<br><br>    v.<br><br>[UNDER SEAL],<br><br>    Defendants. | No. CV 12-00570 R (MRWx)<br><br>[PROPOSED] ORDER<br><br>[LODGED UNDER SEAL pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (3)]<br><br>Filed concurrently herewith:<br>UNITED STATES' NOTICE OF ELECTION TO PARTIALLY INTERVENE AND TO PARTIALLY DECLINE TO INTERVENE; AND REQUEST FOR FURTHER PARTIAL LIFTING OF THE SEAL |

STUART F. DELERY
Acting Assistant Attorney General
ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN, AUSA
Chief, Civil Division
WENDY L. WEISS, AUSA
Chief, Civil Fraud Section
DAVID K. BARRETT, AUSA
Deputy Chief, Civil Fraud Section
ABRAHAM MELTZER, AUSA
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-7155
    Fax: (213) 894-2380
    Email: abraham.meltzer@usdoj.gov
MICHAEL D. GRANSTON
JOHN HENEBERY
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 305-7726
    Fax: (202) 514-7361
    Email: john.henebery@usdoj.gov
Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. [UNDER SEAL],<br><br>    Plaintiff,<br><br>    v.<br><br>[UNDER SEAL],<br><br>    Defendants. | No. CV 12-00570 R (MRWx)<br><br>[~~PROPOSED~~] ORDER<br><br>[LODGED UNDER SEAL pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (3)]<br><br>Filed concurrently herewith: UNITED STATES' NOTICE OF ELECTION TO PARTIALLY INTERVENE AND TO PARTIALLY DECLINE TO INTERVENE; AND REQUEST FOR FURTHER PARTIAL LIFTING OF THE SEAL |

```
 1  STUART F. DELERY
    Acting Assistant Attorney General
 2  ANDRÉ BIROTTE JR.
    United States Attorney
 3  LEON W. WEIDMAN, AUSA
    Chief, Civil Division
 4  WENDY L. WEISS, AUSA
    Chief, Civil Fraud Section
 5  DAVID K. BARRETT, AUSA
    Deputy Chief, Civil Fraud Section
 6  ABRAHAM MELTZER, AUSA
         Room 7516, Federal Building
 7       300 N. Los Angeles Street
         Los Angeles, California 90012
 8       Tel: (213) 894-7155
         Fax: (213) 894-2380
 9       Email: abraham.meltzer@usdoj.gov
    MICHAEL D. GRANSTON
10  JOHN HENEBERY
    Attorneys, Civil Division
11  United States Department of Justice
         P.O. Box 261
12       Ben Franklin Station
         Washington, D.C. 20044
13       Tel: (202) 305-7726
         Fax: (202) 514-7361
14       Email: john.henebery@usdoj.gov
    Attorneys for the
15  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* WILLIAM DAVIS AND SPENCER MILLER,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>AMGEN INC.; P4 HEALTHCARE, LLC; MEDTREND INTERNATIONAL, INC.; HEALTHCARE SOLUTIONS HOLDING, LLC; and RAJ MANTENA,<br><br>　　　　Defendants. | No. CV 12-00570 R (MRWx)<br><br>[PROPOSED] ORDER<br><br>**[LODGED UNDER SEAL pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (3)]**<br><br>Filed concurrently herewith:<br>UNITED STATES' NOTICE OF ELECTION TO PARTIALLY INTERVENE AND TO PARTIALLY DECLINE TO INTERVENE; AND REQUEST FOR FURTHER PARTIAL LIFTING OF THE SEAL |

The United States having partially intervened in this action against defendant Amgen Inc. pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4)(A), and having declined to intervene against the remaining defendants pursuant to 31 U.S.C. § 3730(b)(2) and (4)(B), the Court HEREBY ORDERS as follows:

1. The following documents only shall be unsealed:
    (a) the Complaint filed by qui tam plaintiffs William Davis and Spencer Miller on January 20, 2012;
    (b) the United States' Notice Of Election To Partially Intervene And To Partially Decline To Intervene; And Request For Further Partial Lifting Of The Seal; and
    (c) this Order.
2. All other documents previously filed or lodged with the Court in this case shall remain under seal and not be made public or served on the defendants, except as previously ordered by this Court.
3. Papers filed or lodged in this case after the date of this Order shall not be sealed.

DATED: July 9, 2013

_____
UNITED STATES DISTRICT JUDGE

2

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On **July 8, 2013**, I served

[PROPOSED] ORDER

on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: **July 8, 2013**. Place of mailing: Los Angeles, California.

**Person(s) and/or Entity(ies) to Whom mailed:**

SEE ATTACHED.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **July 8, 2013** at Los Angeles, California.

_/s/ Carol M. Ybarra_
CAROL M. YBARRA

SERVICE LIST

Scott D. Miller
Darrel C. Menthe
Adam I. Miller
MILLER MILLER MENTHE
1500 Quail St., Suite 490
Newport Beach, CA 92660