STUART F. DELERY
Acting Assistant Attorney General
ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN, AUSA
Chief, Civil Division
WENDY L. WEISS, AUSA
Chief, Civil Fraud Section
DAVID K. BARRETT, AUSA
Deputy Chief, Civil Fraud Section
ABRAHAM MELTZER, AUSA
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-7155
    Fax: (213) 894-2380
    Email: abraham.meltzer@usdoj.gov
MICHAEL D. GRANSTON
JOHN HENEBERY
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 305-7726
    Fax: (202) 514-7361
    Email: john.henebery@usdoj.gov
Attorneys for the
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* WILLIAM DAVIS AND SPENCER MILLER,<br><br>        Plaintiff,<br><br>        v.<br><br>AMGEN INC.; P4 HEALTHCARE, LLC; MEDTREND INTERNATIONAL, INC.; HEALTHCARE SOLUTIONS HOLDING, LLC; and RAJ MANTENA,<br><br>        Defendants. | No. CV 12-00570 R (MRWx)<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL**<br><br>Filed concurrently herewith: Joint Stipulation of Dismissal |

Plaintiffs the United States of America ("United States") and *qui tam* plaintiffs William Davis and Spencer Miller ("Relators") have filed a Joint Stipulation of Dismissal, pursuant to Federal Rules of Civil Procedure 41(a)(1) and 31 U.S.C. § 3730(b), in which settling defendant Amgen Inc. ("Amgen") has joined.  The United States, Relators, and Amgen have further entered into a Settlement Agreement dated July 8, 2013 (the "Settlement Agreement").

Therefore, and good cause appearing, it is HEREBY ORDERED THAT:

1. The Complaint in this action and its one Claim for Relief is hereby dismissed:

    (A) as to Amgen, (i) with prejudice as to the United States and Relators to the extent the Claim for Relief is a claim for "Covered Conduct," as defined in the Settlement Agreement and (ii) with prejudice as to Relators, and without prejudice as to the United States, to the extent the Claim for Relief is not a claim for "Covered Conduct" as defined in the Settlement Agreement; and

    (B) as to defendants P4 Healthcare, LLC; Medtrend International, Inc.; Healthcare Solutions Holding, LLC; and Raj Mantena, with prejudice as to Relators and without prejudice as to the United States.

2. The preclusive effect of this dismissal as to the United States shall be determined by, and shall be consistent with, the releases and reservations contained in the Settlement Agreement.

3. The Court retains jurisdiction to enforce the terms of the Settlement Agreement and to resolve, pursuant to 31 U.S.C. § 3730(d), any disputes regarding Relators' statutory share from the

1

United States, which disputes may be raised with the Court by motion within 90 days of the date of this stipulation.

4. The Court retains jurisdiction over any claims the Relators may have to reasonable expenses, attorney's fees or costs pursuant to 31 U.S.C. § 3730(d), which claims may be raised with the Court by motion within 90 days of the date of this stipulation.

DATED: _July 12, 2013_                    _____
                                          UNITED STATES DISTRICT JUDGE